UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IBM UNITED KINGDOM LIMITED, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:26-cv-00855 |
| | § | **JURY** |
| JOHN JAY MOORES, | § | |
| | § | |
| *Defendant.* | § | |

### STIPULATION REGARDING EXTENSION OF SUMMARY JUDGMENT RESPONSE DEADLINE

The parties, including Plaintiff, IBM United Kingdom Limited ("IBM UK"), and Defendant, John Jay Moores ("Moores" or "Defendant") (collectively, the "Parties"), file this Stipulation Regarding Extension of Summary Judgment Response Deadline, and respectfully show as follows:

1. On Monday, April 13, 2026, IBM UK filed a Motion for Summary Judgment (the "MSJ") for recognition of a foreign judgment. Pursuant to the local rules for the Southern District of Texas, Houston Division, Defendant's response to the MSJ is due on Monday, May 4, 2026.

2. The Parties have been conferring regarding various issues related to Defendant's response, and hereby stipulate and agree that Defendant's response, absent further agreement, will be due on or before May 8, 2026. Thus, they respectfully request that the Court confirm this stipulation.

Dated: May 4, 2026

Respectfully submitted,

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

By:   */s/ Patricia B. Tomasco *By Permission*
**Patricia B. Tomasco**
Texas Bar 01797600
S.D. Tex. Bar No. 10142
*ATTORNEY-IN-CHARGE*
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
pattytomasco@quinnemanuel.com

**Dennis H. Hranitzky** (*pro hac vice*)
New York Bar 2730737
2755 E. Cottonwood Parkway, Ste 430
Salt Lake City, UT 84121
Telephone: 801-515-7300
Facsimile: 801-515-7400
dennishranitzky@quinnemanuel.com

**Yehuda Goor** (*pro hac vice*)
New York Bar 5489729
**Yvonne Yi Zhang** (*pro hac vice*)
New York Bar 5877311
**Rodrigo Tojo Garcia** (*pro hac vice*)
New York Bar 6272546
295 Fifth Avenue
New York, NY 10016
Telephone:212-849-7000
Facsimile: 212-849-7100
yehudagoor@quinnemanuel.com
yvonnezhang@quinnemanuel.com
rodrigotojogarcia@quinnemanuel.com

**OF COUNSEL FOR PLAINTIFF IBM
UNITED KINGDOM LTD.**

2

and

**REYNOLDS FRIZZELL LLP**

By:    */s/ Chris Reynolds*
        **Chris Reynolds**
        Attorney-in-Charge
        State Bar No. 16801900
        Fed. ID No. 4890
        **Nathaniel Bass**
        State Bar No. 24109345
        Fed. ID No. 3861836
        1100 Louisiana Street, Suite 3500
        Houston, Texas 77002
        Telephone: (713) 485-7200
        Facsimile: (713) 485-7250
        creynolds@reynoldsfrizzell.com
        nbass@reynoldsfrizzell.com

**ATTORNEYS FOR DEFENDANT,
JOHN JAY MOORES**


**CERTIFICATE OF SERVICE**

I certify that on this 4th day of May, 2026, a true and correct copy of the foregoing instrument was electronically filed using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

        */s/ Nathaniel Bass*
        Nathaniel Bass